**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JEFFREY SALERNO,**

         **Plaintiff,**

**-vs-**                                      **Case No. 6:05-cv-1841-Orl-31DAB**

**BOUCHELLE ISLAND DEVELOPMENT CORP.,**

         **Defendant.**
_____

## ORDER

This cause comes before the Court on the Plaintiff's Motion for Default Final Judgment (Doc. No. 14) filed November 7, 2006.

On December 15, 2006, the United States Magistrate Judge issued a report (Doc. No. 16) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Final Judgment is **GRANTED**.

3. The Clerk is directed to enter Judgment in favor of the Plaintiff Jeffrey Salerno against the Defendant Bouchelle Island Development Corp. in the total amount of $9,575.00 ($5,600.00 in damages, $3,550.00 in attorney's fees, and $425.00 in costs) and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 10th day of January, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                     GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE